IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **V.** § | **CR: 2:24-CR-20213** |
| § | |
| **RENATA WALTON** § | |

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Rafael de la Garza hereby respectfully moves this Court for entry of an Order permitting myself to appear *pro hac vice* in accordance with LR 83.4(d). In support thereof, I hereby submit the accompanying Declaration, along with a proposed Order for the Court's consideration.

1. I have been retained by the Defendant for representation in the above-captioned case.

2. I have been in regular communication with the Defendant.

3. I have completed a Declaration required by Local Criminal Rule LR 83.4(d) which is attached as an exhibit to this motion.

4. My office address is 6521 Preston Road, Suite 100, Plano Texas 75024.

5. I regularly practice in federal court and am familiar with the United States Code pertaining to the jurisdiction of and practice in the United States District Courts; the federal rules of criminal and civil procedure, and the United States Sentencing Guidelines.

6. I have reviewed the Local Rules of this Court and will faithfully adhere to the rules.

WHEREFORE, having complied with the requirements of this Court's Local Rules concerning the appearance of counsel who are not members of this Court, and based upon my experience and credentials outlined above, it is respectfully requested that this Court grant this

motion and that I, Rafael de la Garza II, be admitted *pro hac vice* to appear and be heard as Defendant's counsel in this case.

                                              Respectfully submitted,

                                             /s/ Rafael de la Garza
                                            Rafael De La Garza
                                            De La Garza Law Firm P.C.
                                            6521 Preston Road, Suite 100
                                            Plano Texas 75024
                                            972-424-1234
                                            Fax No. 866-405-5699
                                            rdelagarzalaw@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of December, 2024, I filed the foregoing Motion for Admission Pro Hac Vice by the Court's CM/ECF system. All case registered parties will be serviced by CM/ECF.

/s/ Rafael de la Garza
Rafael De La Garza